# UNITED STATES OF AMERICA
## MERIT SYSTEMS PROTECTION BOARD

SHARON L. MCRAE,

               Appellant,

       v.

DEPARTMENT OF VETERANS
   AFFAIRS,

               Agency.

DOCKET NUMBER
DE-1221-14-0085-W-1

DATE: September 2, 2014

# THIS FINAL ORDER IS NONPRECEDENTIAL[*]

<u>Sharon L. McRae</u>, Southfield, Michigan, pro se.

<u>Kristen F. Trainor</u>, Esquire, Kansas City, Missouri, for the agency.

## BEFORE

Susan Tsui Grundmann, Chairman
Anne M. Wagner, Vice Chairman
Mark A. Robbins, Member

## FINAL ORDER

¶1      The appellant has filed a petition for review of the April 22, 2014 initial decision in this individual right of action appeal. Initial Appeal File, Tab 92; Petition for Review (PFR) File, Tab 1. During later settlement discussions, the

---

[*] A nonprecedential order is one that the Board has determined does not add significantly to the body of MSPB case law. Parties may cite nonprecedential orders, but such orders have no precedential value; the Board and administrative judges are not required to follow or distinguish them in any future decisions. In contrast, a precedential decision issued as an Opinion and Order has been identified by the Board as significantly contributing to the Board's case law. *See* 5 C.F.R. § 1201.117(c).

appellant decided to withdraw the appeal and submitted a notice to that effect. PFR File, Tab 5. The agency responds that it has no objection to the withdrawal. PFR File, Tab 6.

¶2    Finding that withdrawal is appropriate under these circumstances, we VACATE the initial decision and DISMISS the appeal as withdrawn, "with prejudice to refiling" (i.e., the parties normally may not refile this appeal).

¶3    This is the final decision of the Merit Systems Protection Board in this appeal. 5 C.F.R. § 1201.113.

### NOTICE TO THE APPELLANT REGARDING YOUR FURTHER REVIEW RIGHTS

You have the right to request the United States Court of Appeals for the Federal Circuit to review this final decision. You must submit your request to the court at the following address:

United States Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington, DC  20439

The court must receive your request for review no later than 60 calendar days after your receipt of this order. If you have a representative in this case, and your representative receives this order before you do, then you must file with the court no later than 60 calendar days after receipt by your representative. If you choose to file, be very careful to file on time. The court has held that normally it does not have the authority to waive this statutory deadline and that filings that do not comply with the deadline must be dismissed. *See Pinat v. Office of Personnel Management*, 931 F.2d 1544 (Fed. Cir. 1991)

If you need further information about your right to appeal this decision to court, you should refer to the federal law that gives you this right. It is found in Title 5 of the United States Code, section 7703 (5 U.S.C. § 7703). You may read this law, as well as review the Board's regulations and other related material, at

our website, http://www.mspb.gov. Additional information is available at the court's website, www.cafc.uscourts.gov. Of particular relevance is the court's "Guide for Pro Se Petitioners and Appellants," which is contained within the court's Rules of Practice, and Forms 5, 6, and 11.

If you are interested in securing pro bono representation for your court appeal, you may visit our website at http://www.mspb.gov/probono for a list of attorneys who have expressed interest in providing pro bono representation for Merit Systems Protection Board appellants before the court. The Merit Systems Protection Board neither endorses the services provided by any attorney nor warrants that any attorney will accept representation in a given case.

FOR THE BOARD:     _____
           William D. Spencer
           Clerk of the Board

Washington, D.C.